No. 71.　Federal Power Commission v. East Ohio Gas Co. et al., 338 U. S. 464.　The petitions for rehearing

are denied. MR. JUSTICE BURTON took no part in the consideration or decision of these applications.